UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARCHIVE EVANS,

      Petitioner,

                                                    Case No. 1:08-cv-701

v.

                                                    HONORABLE PAUL L. MALONEY

CINDI S. CURTIN,

      Respondent,
_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date:  May 29, 2013                                /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District